NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000881
18-JUL-2018
08:14 AM

NO. CAAP-16-0000881

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE PROTECTIVE ARRANGEMENT OF
FLORENCE PUANA, Respondent-Appellee

APPEAL FROM THE PROBATE COURT OF THE FIRST CIRCUIT
(C. NO. 14-1-0135)

ORDER OF CORRECTION
(By: Ginoza, Chief Judge, for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on June 12, 2018, is hereby corrected as follows:

1.  At page 1, in the seventh line of the caption, the court name "Circuit Court" is changed to "Probate Court" so that the caption reads as follows:

APPEAL FROM THE PROBATE COURT OF THE FIRST CIRCUIT

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, July 18, 2018.

FOR THE COURT

Chief Judge

---

[1]  Ginoza, Chief Judge, Fujise and Leonard, JJ.